# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTINA L. DAWSON**                                                          **PLAINTIFF**

**v.**                                  **No. 3:21-cv-191 JM**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Docket No. 17). The Commissioner does not object. Pursuant to the EAJA, Plaintiff is awarded a reasonable attorney's fee of $2,850.48. The Court finds that since postage fees are not classified as costs under 28 U.S.C. § 1920, Plaintiff is not prohibited by 28 U.S.C. § 1915(f)(1) from receiving an award including these fees. See *Borges v. Astrue*, No. 11-5026, 2013 WL 395610 (W.D. Ark. Jan. 31, 2013).[1] The award shall be made payable to Christina Dawson in care of her attorney, Fredrick S. Spencer, and mailed to 409 East Sixth Street, Mountain Home, AR 72653.

DATED this 20th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "Courts in the Eastern and Western Districts of Arkansas have distinguished costs from expenses and have held that the § 1915(f)(1)'s prohibition against the award of costs to IFP litigants includes only those items expressly listed as "costs" under 28 U.S.C. § 1920... Postage fees are not classified as costs under § 1920, and are, therefore, recoverable under the EAJA as expenses." Id. at *2-3. (Internal citations omitted).